# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY GEORGE AMATO,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 75759

FILED

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to correct illegal sentence or alternatively petition for post-conviction relief. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Appellant's counsel has filed a supplemental affidavit in support of appellant's motion to withdraw appeal. Because the motion to withdraw was denied on June 21, 2018, we treat the affidavit as a renewed motion to withdraw appeal. Counsel advises this court that she has informed appellant of the possible outcomes of withdrawing this appeal, including that he will no longer be able to pursue issues relating to sentencing or "federal relief of the merits" and the constitutional rights he will be giving up by withdrawing the appeal. Having been so informed, appellant consents to a voluntary dismissal of this appeal.

We prefer that motions to voluntarily dismiss a criminal appeal be in the form provided by NRAP Form 8. Counsel is advised that future

18-25639

motions to voluntarily dismiss an appeal should comport with that form. Nevertheless, cause appearing, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elissa F. Cadish, District Judge
Law Office of Betsy Allen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Gregory George Amato